STATE OF MAINE
CUMBERLAND, ss

SUPERIOR COURT
CIVIL ACTION
Docket No. AP-13-034
NM — CUM- 11/21/2013

MMSETS/MJETS, c/o
EVA SZILLERY,

Plaintiff

v.

DECISION AND ORDER

LIVINGSOCIAL, INC.,

Defendant

Before the Court is the plaintiff's appeal from a judgment in Small Claims Court requiring the parties to arbitrate plaintiff's claim. For the following reasons, the appeal is dismissed.

PROCEDURAL HISTORY

On April 22, 2013, plaintiff filed a statement of claim against defendant and alleged a breach of contract. Prior to the hearing date, counsel for defendant filed a letter on May 16, 2013 and requested that the court dismiss the case in favor of arbitration as required by the contract. On May 30, 2013, the Small Claims Judge granted the defendant's request to dismiss the case and stated that the claims must be arbitrated. On June 28, 2013, plaintiff filed an appeal of the decision. M.R.S.C.P. 11.

DISCUSSION

The defendant argues that the Superior Court lacks jurisdiction to entertain plaintiff's appeal. Under the Uniform Arbitration Act, "the court's grant of the motion to compel arbitration is an interlocutory order that is not now appealable." Creamer v. Bishop, 2006 ME 95 ¶ 2, 902 A.2d 838. The Law Court

has held that the Uniform Arbitration Act provides an exclusive list of "what decisions concerning arbitration may be appealed." State v. Phillip Morris, Inc., 2007 ME 90, ¶ 19, 928 A.2d 782. The Act does not provide for an appeal from an order granting a motion to compel arbitration. See 14 M.R.S.A. § 5945(1).

The entry is

The Plaintiff's Appeal is DISMISSED.

Dated: November 21, 2013

Nancy Mills
Justice, Superior Court

Date Filed __6/28/13__  __CUMBERLAND__  Docket No. __AP-13-34__
County

Action __DISTRICT COURT APPEAL (SMALL CLAIM)__

MMSETS/MJETS                          LIVINGSOCIAL INC

vs.

Plaintiff's Attorney
    c/o EVA SZILLERY
    19 LEXINGTON
    ORONO MAINE  04473
    PRO-SE

Defendant's Attorney
    c/o CORPORATION SERVICE CO
    1090 VERMONT NORTHWEST
    WASHINGTON DC  20005
    PRO-SE
    EBEN ALBERT-KNOPP ESQ
    PO BXO 9729
    PORTLAND ME 04104-5029

Date of
Entry